IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL ALLAN MCNEIL | * | |
| MICHAEL ALLAN MCNEIL, | * | |
|    Appellant, | * | |
|       v. | * | CIVIL NO.: WDQ-13-2569 |
| V. PETER MARKUSKI, JR., | * | |
|    Appellee. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| MICHAEL ALLAN MCNEIL, | * | |
|    Appellant, | * | |
|       v. | * | CIVIL NO.: WDQ-13-2788 |
| STEPHEN A. DRAZIN, | * | |
|    Appellee. | * | |

* * * * * * * * * * * * *

ORDER

    Michael Allan McNeil, *pro se*, moves the Court to reconsider its order denying leave to proceed *in forma pauperis* in these bankruptcy appeals.[1] ECF Nos. 8-9 (Drazin),[2] 9-10

---

[1] McNeil seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), which permits persons to litigate suits, including appeals, "without prepayment of fees or security therefor" if he "is unable to pay such fees or give security therefor."

[2] The designation "Drazin" refers to the docket in case number WDQ-13-2788.

(Markuski).[3]

Reconsideration of interlocutory orders is left to the discretion of the trial judge.[4]  *Am. Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505, 515 (4th Cir. 2003).  As McNeil has provided no new facts or reasoning justifying reconsideration of the Court's order,[5] see *Pritchard v. Wal-Mart Stores, Inc.*, 3 F. App'x 52, 53 (4th Cir. 2001), McNeil's motions to reconsider will be denied.

---

[3] The designation "Markuski" refers to the docket in case number WDQ-13-2569.

[4] An order deciding a motion for leave to proceed *in forma pauperis* is an interlocutory order.  See *Cameron v. Patuxent Hosp. Inst. Med. Dep't Mental Health Unit*, 39 F.3d 1176 (4th Cir. 1994); *Coor v. Stansberry*, 335 F. App'x 354, 354-55 (4th Cir. 2009).

[5] See, e.g., ECF No. 9 at 1 ("The Court in [its] opinion in essence agreed with the Appellant's legal arguments on what factors the court needs to consider in granting his motion to proceed in forma pauperis."); ECF No. 9 at 1 ("The Court in its opinion recognized that the Appellant has significant debt[.]").

Accordingly, it is this 24th day of October, 2013, ORDERED that:

1. McNeil's motions to reconsider, (ECF No. 9 (Drazin)); (ECF No. 10 (Markuski)), BE, and HEREBY ARE, DENIED;

2. McNeil shall pay the filing fee by November 11, 2013--30 days from the date of the Order denying leave to proceed *in forma pauperis* (ECF No. 8 (Drazin)); (ECF No. 9 (Markuski)). Failure to pay may result in the dismissal of the appeals; and

3. The Clerk of the Court shall send copies of this Order to the parties.

_____
William D. Quarles, Jr.
United States District Judge